**SCHERING CORPORATION, Plaintiff–Appellant,**

v.

**ALPHARMA USPD, INC., Defendant–Appellee.**

**Schering Corporation, Plaintiff–Appellant,**

v.

**Taro Pharmaceutical Usa, Inc., Defendant–Appellee.**

No. 03–1024.

United States Court of Appeals, Federal Circuit.

June 18, 2004.

Anthony Herman, Principal Attorney, Stephen T. Kaminski, Of Counsel, Covington & Burling, Washington, DC, for Plaintiff–Appellant.

Charles W. Saber, Principal Attorney, Gary M. Hoffman, Jeremy A. Cubert, Of Counsel, Dickstein Shapiro, Washington, DC, for Defendant–Appellee.

Before MAYER, Chief Judge, RADER and DYK, Circuit Judges.

RADER, Circuit Judge.

*ORDER*

Schering Corporation moves to enter judgment in these two appeals, based on our decision in *Schering Corp. v. Geneva Pharmaceuticals, Inc.,* 339 F.3d 1373 (Fed.Cir.2003). Schering states that Alpharma USPD, Inc. and Taro Pharmaceutical USA, Inc. consent.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion to enter judgment is granted. The district court's judgment is affirmed.